IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00779-MSK-CBS

TRENSON L. BYRD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SUZANNE STEIGERWALD, in her individual capacity, and
MARC FREIDLAND, in his individual capacity,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned was the judge who presided over the criminal matter referred to herein. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 21st day of April, 2008.

                              BY THE COURT:

                              *Marcia S. Krieger*

Marcia S. Krieger
United States District Judge