IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00779-RPM

TRENSON L. BYRD,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
SUZANNE STEIGERWALD, and
MARC FRIEDLAND,

        Defendants.
_____

## ORDER
_____

Because the defendants United States of America, Suzanne Steigerwald and Marc Friedland have filed motions to dismiss which are now pending, it is

ORDERED that the Motion to Amend Proof of Service on Suzanne Steigerwald and Marc Friedland [22] and Defendants' Motion for Extension of Time to File Answer or Other Response [24] are moot.

DATED: August 7th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge