IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 2, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 08-cv-00779-RPM

| | |
|---|---|
| TRENSON L. BYRD, | William A. Richardson |
|     Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | John K. Magnum |
| SUZANNE STEIGERWALD and | Stephen J. Sorenson |
| MARC FRIEDLAND, | |
|     Defendants. | |

---

## COURTROOM MINUTES
---

**Hearing on Defendants' Motions to Dismiss**

**11:00 a.m.    Court in session.**

Plaintiff, defendants and Ken Roland (counsel for agency) present.

Court's preliminary remarks and states its understanding of the case.

11:07 a.m.    Argument by Mr. Magnum [25].
11:20 a.m.    Argument by Mr. Richardson [25] and [28].

Mr. Richardson states plaintiff withdraws its claims for false arrest and imprisonment against the individual defendants.

**ORDERED:    Plaintiff's claims of false arrest and imprisonment against defendants Steigerwald and Friedland are withdrawn.**

11:36 a.m.    Argument by Mr. Sorenson.
11:50 a.m.    Mr. Richardson answers questions asked by the Court.

**Court's findings as stated on record.**

October 2, 2008
08-cv-00779-RPM

**ORDERED:** United States' Motion to Dismiss FTCA Claims Under Rule 12(b), filed June 30, 2008 [25], is denied.

**ORDERED:** Motion to Dismiss of Defendants Steigerwald and Friedland, filed July 8, 2008 [28], denied as to defendant Steigerwald and granted as to defendant Friedland based on the insufficiency of the complaint regarding personal participation.

**ORDERED:** Plaintiff has until October 16, 2008 to file an amended complaint and upon filing defendants USA and Steigerwald have 30 days to answer.

**12:00 p.m.** Court in recess.

Hearing concluded. Total time: 1 hour.