IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00779-RPM

TRENSON L. BYRD,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
SUZANNE STEIGERWALD, and
MARC FRIEDLAND,

        Defendants.
_____

ORDER ON MOTIONS
_____

Pursuant to the hearing held today on the defendants' respective motions to dismiss and the statements of counsel, it is

ORDERED that the motion to dismiss by the United States of America on the claim of malicious prosecution under Colorado law is denied. It is

FURTHER ORDERED that the motion to dismiss by the defendants Suzanne Steigerwald, individually, on the claim of selective prosecution violation of the Fifth Amendment to the United States Constitution is denied. It is

FURTHER ORDERED that the complaint is insufficient to state any claim for relief as to the defendant Mark Friedland, individually, and his motion to dismiss is granted. It is

FURTHER ORDERED that to establish clarity in the pleadings the plaintiff will file an amended complaint, consistent with this Court's rulings, on or before October 16,

2008, and the defendants United States of America and Suzanne Steigerwald shall have 30 days within which to respond to the amended complaint.

DATED: October 2nd, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge