IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00779-RPM

TRENSON L. BYRD,            William A. Richardson

      Plaintiff,

v.

UNITED STATES OF AMERICA and           Stephen J. Sorenson
SUZANNE STEIGERWALD,           John K. Magnum

      Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:28 p.m.**     **Court in session.**

Discussion regarding Rule 26 disclosures, discovery and pending motions for summary judgment [45] and to stay discovery [46].

Counsel request additional time to respond and reply to the summary judgment motion.

**ORDERED:**    **Motion of Defendants to Stay Discovery, filed December 19, 2008 [46], is granted.**

**ORDERED:**    **Plaintiff has to January 23, 2009 to file response to defendant's motion for summary judgment [45] and defendants have until February 13, 2009 to file their response.**

**ORDERED:**    **No scheduling order entered.**

**2:37 p.m.**     **Court in recess.**

Hearing concluded. Total time: 9 min.