IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00779-RPM-CBS

TRENSON L. BYRD,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
SUZANNE STEIGERWALD,

        Defendants.

_____

**ORDER AUTHORIZING
DISCLOSURE OF GRAND JURY TRANSCRIPT**
_____

Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) and (F), and based upon the Defendants' Unopposed Motion for Disclosure of Grand Jury Transcripts [49] it is

ORDERED as follows:

1. The United States Attorney's Office for the District of Colorado is authorized and directed to make available for copying by counsel for Defendants in this civil action the transcripts of grand jury testimony pertaining to Case No. 1:04-cr-00463-MSK and the underlying conspiracy described in the Indictment in that matter. In the event that any transcripts of such grand jury testimony are not in the possession of the United States Attorney's Office for the District of Colorado, the certified court reporters with custody of such transcripts are authorized and directed to make copies of them available to counsel for Defendants in this civil action upon payment of an appropriate fee for such transcripts.

2. Counsel for Defendants are instructed that use of such transcripts shall be strictly limited to necessary preparation and presentation of Defendants' case in this civil case. Access to information in the transcripts is limited to Defendants' counsel, their necessary support staff, and Defendant Suzanne Steigerwald, and no disclosure of any such information beyond the bounds of preparation and presentation of this case is permitted.

3. If any portion of grand jury material is included in a pleading or motion to be filed with the Court, the party intending to file the pleading or motion shall file a motion to seal the pleading or motion pursuant to D.C.Colo.LCivR 7.2 prior to such filing.

DATED this 26th day of January, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge