Date: March 27, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00779-RPM

TRENSON L. BYRD,                                          William A. Richardson

       Plaintiff,

v.

UNITED STATES OF AMERICA, and                  John K. Magnum
SUZANNE STEIGERWALD and                        Maggie H. Abuhaidar

       Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion for Summary Judgment**

**2:31 p.m.**      **Court in session.**

Plaintiff Byrd and Defendant Steigerwald present.

Court's preliminary remarks.

**ORDERED:** Defendants' Ex Parte Motion for Continuance of Hearing, filed March 26, 2009 [67], is moot.

Court states its summary of its understanding of the issues.

Plaintiff's position stated with respect to the claim for malicious prosecution under the Federal Tort Claims Act by Mr. Richardson.

2:39 p.m.      Argument by Ms. Abuhaidar [45].
3:06 p.m.      Argument by Mr. Richardson.
3:33 p.m.      Rebutal argument by Ms. Abuhaidar.

**ORDERED:** Federal Defendants' Motion for Summary Judgment, filed December 17, 2008 [45], is taken under advisement.

**ORDERED:** Plaintiff's Rule 56(f) Motion for Discovery and for Continuance, filed January 17, 2009 [48], is taken under advisement.

**ORDERED:** Defendants' Motion to Strike Portions of Affidavit of Trenson L. Byrd, filed February 9, 2009 [53], is taken under advisement.

**ORDERED:** Defendants' Motion to Strike Portions of Second Affidavit of Trenson L. Byrd, filed March 24, 2009 [62], is taken under advisement.

**3:41 p.m.**      **Court in recess.**      Hearing concluded. Total time: 1hr. 10 min.